Jeremy S. Golden (SBN 228007)
Golden & Cardona-Loya, LLP
3130 Bonita Road, Suite 200B
Chula Vista, CA 91910
jeremy@goldencardona.com
Tel: 619-476-0030; Fax: 775-743-0307
Attorney for Plaintiff

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK FISK, an individual, | Case No.: EDCV 15-1490-MWF (DTBx) |
| Plaintiff, | **Order for Dismissal** |
| v. | |
| EQUIFAX INFORMATION SERVICES, LLC.; and DOES 1 through 10, inclusive, | |
| Defendants. | |

    Pursuant to the parties joint motion this action is hereby dismissed with prejudice. Each party to bear its own fees and costs.

IT IS SO ORDERED.

DATED: July 20, 2016     BY: _____
                                                  UNITED STATES DISTRICT JUDGE

[Proposed] Order for Dismissal